In the Matter of the Petition of THE UNION STOCK YARD AND MARKET COMPANY to Vacate Assessment.

(Argued December 9, 1884; decided January 20, 1885.)

The mem. handed down in this case is as follows :

"We agree with the court below that this case cannot be distinguished from that of *Barclay* (91 N. Y. 430). The propositions now raised were before us upon the same proceedings, and the statutes bearing upon the question were examined. We adhere to the conclusion then reached and think the motion to vacate the assessment was properly denied.

CAUSES NOT REPORTED IN FULL.     621

" The order appealed from should therefore be affirmed."

*Truman H. Baldwin* for appellant.

*D. J. Dean* for respondent.                                                    o

DANFORTH, J., reads mem. for affirmance.
All concur.
Order affirmed.